UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

GREATER ST. LOUIS CONSTRUCTION )
LABORERS WELFARE FUND, )
et al., )
                              )
          Plaintiffs, )
                           )
     vs. ) No. 4:07-CV-00028 (CEJ)
                           )
A SHINING STORE, INC., )
                           )
         Defendant. )

**MEMORANDUM AND ORDER**

     This matter is before the Court on plaintiffs' motion to alter or amend the judgment, pursuant to Rule 59(e), Fed. R. Civ. P. A default judgment for plaintiffs was entered on February 28, 2008. In the Memorandum and Order entered the same date as the judgment, the Court noted that plaintiffs had not submitted materials in support of their request for an award of interest. The plaintiffs have now done so, and the Court will amend the judgment to include an award for interest in the amount of $3,760.42.

     The plaintiffs have also clarified the basis for their earlier request for liquidated damages in the amount of $4,753.05, a request the Court denied. In light of the plaintiffs' clarification, the Court will amend the judgment to reflect an award of $4,753.05 in liquidated damages.

     The amended amount of the judgment for plaintiffs is thus $133,643.93.

     Accordingly,

     **IT IS HEREBY ORDERED** that the plaintiffs' motion to alter or amend the judgment [# 17] is **granted.**

An amended judgment will be entered accordingly.

_____
CAROL E. JACKSON
UNITED STATES DISTRICT JUDGE

Dated this 26th day of March, 2008.